**FILED**

06/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 22-0026

|  |  |  |
|---|---|---|
| STATE OF MONTANA | ) | |
| Plaintiff/Appellee, | ) | ORDER EXTENDING TIME |
| vs. | ) | FOR REPLY BRIEF |
| | ) | |
| | ) | |
| THOMAS WOJTOWICZ | ) | |
| Defendant/Appellant. | ) | |

In response to Defendant/Appellant's unopposed request for a third time extension and good cause therefrom;

IT IS ORDERED THAT Defendant/Appellant has until July 20, 2023, to file the Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW,

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 20 2023